■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAM MARTORANA, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted of manslaughter after a nonjury trial at which he testified. A *Sandoval* hearing was held in chambers in defendant's absence and the court's ruling that defendant could be cross-examined on a disorderly conduct conviction was put on the record before he testified. There was no objection to that procedure. We find that defendant's presence at the *Sandoval* hearing would have been superfluous and that reversal is not required on these facts *(see, People v Dokes,* 79 NY2d 656, 662). The court did not err in allowing the prosecutor to impeach defendant with his prior statement with respect to which no CPL 710.30 notice was served *(see, People v Mitchell,* 155 AD2d 879, *lv denied* 76 NY2d 739). Defendant's sentence was neither harsh

nor excessive. (Appeal from Judgment of Monroe County Court, Connell, J.—Manslaughter, 1st Degree.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.